# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0107. CHARLES WATKINS v. EDWARD J. BRADY, II et al.

Charles Watkins and Nnenna Watkins sued William Dixon James, Edward J. Brady, II, and USAA Insurance Agency ("USAA") related to the settlement of a wrongful death claim. James filed a motion for summary judgment and Brady and USAA filed a motion to dismiss. Prior to the entry of any judgment, the Watkinses filed a "motion for reconsideration." On September 5, 2023, the trial court entered an order which granted the motion for summary judgment and motion to dismiss, dismissed the case in its entirety, and denied the motion for reconsideration. Charles Watkins filed this timely application for discretionary review.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985). Additionally, except for cases listed in the discretionary appeal statute, OCGA § 5-6-35 (a), Georgia law permits a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" OCGA § 5-6-34 (a) (1). Thus, Charles Watkins was not required to file an application to obtain review of the order in question. And we will grant a timely-filed application for discretionary appeal where a trial court's order is subject to direct appeal. See OCGA § 5-6-35 (j); *Ahearn v. Westrec Mgmt.*, 244 Ga. App. 699, 699, n.1 (536 SE2d 606) (2000). Accordingly, this application is hereby GRANTED. Charles Watkins shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already

done so. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*__10/26/2023__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*